# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA CHAMPAGNE<br>1303 Ellison Street, N.W.<br>Washington, DC 20011<br><br>        **Plaintiff,**<br>v.<br><br>UBER TECHNOLOGIES, INC.<br>1455 Market Street, 4th Floor<br>San Francisco, CA 94103<br><br>Serve: CT Corporation System<br>         101.5 15th Street, N.W.<br>         Suite 1000<br>         Washington, DC 20005<br><br>and<br><br>GABRIEL TAZA ASABA LEKELEFAC<br>a/k/a GABRiEL TAZA<br>109 Enchanted Hills Road<br>#301<br>Owings Mills, MD 21117<br><br>and<br><br>RASIER, LLC<br>1455 Market Street<br>#400<br>San Francisco, CA 94103<br><br>Serve: CT Corporation System<br>         1015 15th Street, N.W.<br>         Suite 1000<br>         Washington, DC 20005 | Case No.: |

| | |
|---|---|
| **and**<br><br>**RASIER — CA, LLC**<br>1455 Market Street<br>#400<br>San Francisco, CA 94103<br><br>Serve: CT Corporation System<br>         1015 15th Street, N.W.<br>         Suite 1000<br>         Washington, DC 20005<br><br>**and**<br><br>**RASIER — DC, LLC**<br>1455 Market Street<br>#400<br>San Francisco, CA 94103<br><br>Serve: CT Corporation System<br>         1015 15th Street, N.W.<br>         Suite 1000<br>         Washington, DC 20005<br><br>         **Defendants.** | |

# NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, and 1446, Defendants, Uber Technologies, Inc., Raiser, LLC, Rasier-CA, LLC, and Rasier-DC, LLC, hereby file this Notice of Removal of the above-captioned civil matter, currently pending in the Superior Court for the District of Columbia, Civil

Action No. 2021-CA-004581-V, to the United States District Court for the District of Columbia. In support of removal, Uber Technologies, Inc., Raiser, LLC, Rasier-CA, LLC, and Rasier-DC, LLC state as follows:

Facts Giving Rise to Jurisdiction

1. Plaintiff, Jessica Champagne, commenced this personal injury accident in the Superior Court for the Count District of Columbia against Gabriel Taza Asaba Lekelefac a/k/a Gabriel Taza, Uber Technologies, Inc., Raiser, LLC, Rasier-CA, LLC, and Rasier-DC, LLC seeking $2,000,000.00 in damages for injuries allegedly sustained in a bicycle-motor vehicle accident that occurred in the District of Columbia on or about December 20, 2018. *See* Pl.'s Compl., attached hereto as Exhibit 1.

2. Pursuant to the Complaint, Plaintiff is a citizen of the District of Columbia. Ex 1.

3. Pursuant to the Complaint, Defendant Gabriel Taza Asaba Lekelefac a/k/a Gabriel Taza is a citizen of Maryland. Ex. 1.

4. Defendant Uber Technologies, Inc. is a Delaware corporation with a principal place of business in San Francisco, California.

5. Defendant Rasier, LLC is a limited liability company organized under the laws of Delaware with a principal place of business in San Francisco, California. No member of Rasier, LLC is a citizen of the District of Columbia.

6. Defendant Rasier-CA, LLC is a limited liability company organized under the laws of Delaware with a principal place of business in California. No member of Rasier-CA, LLC is a citizen of the District of Columbia.

7. Defendant Rasier-DC, LLC is a limited liability company organized under the laws of Florida with a principal place of business in Florida. No member of Rasier-DC, LLC is a citizen of the District of Columbia.

## Legal Basis for Jurisdiction

8. Removal of this matter is proper pursuant to 28 U.S.C. § 1332(a)(1), as there exists complete diversity between the Parties and the amount in controversy exceeds $75,000.00.

9. Defendants, Uber Technologies, Inc., Raiser, LLC, Rasier-CA, LLC, and Rasier-DC, LLC were first served with the Complaint in this matter on January 27, 2022. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

10. As required by 28 U.S.C. § 1446(b), true and correct copies of the process and pleadings served upon Uber Technologies, Inc., Raiser, LLC, and Uber USA, LLC are being filed with this notice of removal. *See* Plaintiff's Complaint, attached hereto as Exhibit 1; Plaintiff's Writ of Summons, attached hereto as Exhibit 2; Plaintiff's Motion to Extend Time to Serve Defendants, attached hereto as Exhibit 3; Plaintiff's Alias Summons Requested as to Gabriel Taza Asaba Lekelefac, a/k/a Gabriel Taza, attached hereto as Exhibit 4; Lynette Wheatley's Affidavit of Service to Uber Technologies, Inc., attached hereto as Exhibit 5; Lynette Wheatley's Affidavit of Service to Rasier – DC, LLC., attached hereto as Exhibit 6; Lynette Wheatley's Affidavit of Service to Rasier, LLC, attached hereto as Exhibit 7; Lynette Wheatley's Affidavit of Service to Rasier – CA, LLC., attached hereto as Exhibit 8; and Judge Yvonne William's Order Granting Plaintiff's Motion to Extend Time to Serve Defendants, attached hereto as Exhibit 9; and Civil Cover Sheet, attached hereto as Exhibit 10.

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on all Parties and is being filed with the Superior Court of the District of Columbia.

WHEREFORE, Defendants, Uber Technologies, Inc., Raiser, LLC, Rasier-CA, LLC, and Rasier-DC, LLC respectfully request that this matter proceeds in this Honorable Court, as a matter properly removed thereto.

Dated: February 28, 2022                    Respectfully submitted,

**UBER TECHNOLOGIES, INC., RASIER, LLC, and UBER USA, LLC**

By _____

Brigitte J. Smith (Bar No. 493368)
**WILSON ELSER**
500 E. Pratt St., Ste. 600
Baltimore, MD 21202
(410) 539-1800
(410) 962-8758 (Fax)
*Attorneys for Defendant, Uber Technologies, Inc., Raiser, LLC, Rasier-CA, LLC, and Rasier-DC, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day February, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of the foregoing was served via electronic mail and/or USPS to:

Paul Cornoni, Esq.
Regan Zamri Long
pcornoni@reganfirm.com
1919 M Street NW, Ste. 350
Washington, DC 20036
*Counsel for Plaintiff*

Garbiel Taza Asaba Lekelefac

109 Enchanted Hills Rd, #301
Owings Mills, MD 21117
*Defendant*

_____
Brigitte J. Smith